# United States District Court
# Western District of North Carolina
# CHARLOTTE Division

| | | |
|---|---|---|
| CHRISTOPHER OXENDINE-BEY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-463-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRY LEMON, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 17, 2014 Order.

Signed: June 17, 2014

_____
Frank G. Johns, Clerk
United States District Court